**Order entered June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00913-CR

**EDWON KUMONT JULIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1245796-V**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on April 23, 2014, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
        JUSTICE